❉AO98A (9/01) Includes violations of Conditions of Release as well as non-appearance as grounds for forfeiture.

Case 1:06-mj-00132-SMS   Document 6   Filed 05/26/06   Page 1 of 2

# United States District Court

__EASTERN__ District of __CALIFORNIA__

FILED
MAY 26 2006
CLERK, U.S. DISTRICT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

UNITED STATES OF AMERICA

V.

## APPEARANCE AND COMPLIANCE BOND

Luis Aroldo Zuniga
Defendant

Case Number: 1:06 mj 00132

Non-surety: I, the undersigned defendant acknowledge that I and my ...
Surety: We, the undersigned, jointly and severally acknowledge that we and our ...
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of $ __100,000.00__, and there has been deposited in the Registry of the Court the sum of $ __(-0-)__ in cash or __N/A__ (describe other security.)

The conditions of this bond are that the defendant, __Luis Aroldo Zuniga__ (Name) is to (1) appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred; (2) comply with all conditions of release imposed by the court, and (3) abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment, may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on __5-26-2006__ at __U.S. District Court, ED of CA Fresno, California__
                         Date                                    Place

✓ Defendant __L A Zuniga__ Address __CA__

✓ Surety __M D Zuniga__ Address __Orangevale Ca.__

Surety _____ Address _____

Signed and acknowledged before me on __5/26/06__
                                         Date

_____
Judicial Officer/Clerk

Approved: _____
Judicial Officer

cc: AUSA, PTS, Fed Defender

## JUSTIFICATION OF SURETIES

I, the undersigned surety, say that I reside at _Orangevale, CA_ ; and that my net worth is the sum of _One Hundred Thousand_ dollars ($ _100,000.00_ ).

I further state that _residing_

X _L. D. Zuniga_

X _M. D. Zuniga_
    Surety

Sworn to before me and subscribed in my presence on _May 26, 2006_
                                                        Date

at _U.S. District Court, 1130 O Street, Fresno, California_
                                Place

_H. A. Herman_  Deputy Clerk                _[signature]_
Name and Title                               Signature of Judicial Officer/Clerk

---

I, the undersigned surety, state that I reside at _____ ; and that my net worth is the sum of _____ dollars ($ _____ ).

I further state that

_____
Surety

Sworn to before me and subscribed in my presence on _____
                                                        Date

at _U.S. District Court, 1130 O Street, Fresno, California_
                                Place

Deputy Clerk
Name and Title                               Signature of Judicial Officer/Clerk

Justification Approved: _[signature]_
                         Judicial Officer